JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR CORREA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FORD MOTOR COMPANY; SOUTH BAY FORD LINCOLN; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No. 2:23-cv-02389-AB-PD<br><br>District Judge: Andre Birotte Jr.<br><br>[~~PROPOSED~~] JUDGMENT |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Plaintiff SALVADOR CORREA ("Plaintiff") accepted FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 July 31, 2024.

　　Accordingly, the Court enters **JUDGMENT** in favor of Plaintiff in the amount of $83,000.00, pursuant to the terms of the Rule 68 Offer.

　　**IT IS SO ORDERED.**

Date: August 5, 2024

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Andre Birotte Jr.
　　　　　　　　　　　　　　　　　United States District Judge